THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA  (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PEDRAZA,<br>    Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br>    Defendant. | EDCV 08 1618 RZ<br><br>**JUDGMENT OF REMAND** |

The Court approves the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g), and accordingly,

IT IS ORDERED AND ADJUDGED that the decision is reversed, and the matter is remanded to the Commissioner for further proceedings consistent with that stipulation.

DATED: May 13, 2009

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-